ROBERT KOPP, Appellant, v. GEORGE W. WHITE, as Grand Treasurer of the Grand Lodge of Free and Accepted Masons of the State of New York, Respondent.

*Kopp* v. *White*, 81 App. Div. 635, affirmed.
(Argued May 2, 1905; decided May 30, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 24, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Robert Kopp*, appellant, in person.

*Elbert Crandall* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.

---

NELLIE E. PECK, Respondent, v. THE WASHINGTON LIFE INSURANCE COMPANY, Appellant.

*Peck* v. *Washington Life Ins. Co.*, 91 App. Div. 597, affirmed.
(Submitted May 3, 1905; decided May 30, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 23, 1904, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, the jury having been discharged.

*David Thomson* for appellant.

*Robert B. Honeyman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.